CHARLES R. MACAULEY, Appellant, *v.* PRESS PUBLISHING COMPANY, Respondent.

*Macauley* v. *Press Publishing Co.*, 170 App. Div. 640, affirmed.

(Argued January 24, 1918; decided February 12, 1918.)

APPEAL from a judgment, entered December 15, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover damages for the alleged wrongful dismissal of the plaintiff by the defendant. The Appellate Division held that upon the evidence in the case, taking the view most favorable to plaintiff, it clearly appeared that he had frequently and almost habitually violated the orders given to him as to his hours of attendance at the defendant's office, and that, therefore, the right of the master to discharge him was established as matter of law.

*George Edwin Joseph* for appellant.

*Howard Taylor* and *John G. Jackson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN and ANDREWS, JJ. Dissenting: CARDOZO and POUND, JJ. Not sitting: McLAUGHLIN, J.